John Beattie and Peter Beattie, as Executors and Trustees under the Last Will and Testament of John Beattie, Deceased, Respondents, v. The New York and Long Island Construction Company, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Morris Berger, Respondent, v. Magdalena Renz, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Samuel Berger, Respondent, v. Adolph Sussman and Matilda Sussman, Appellants.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

John Bird, Respondent, v. New York and Queens County Railway Company, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.